LEWIS BRISBOIS BISGAARD & SMITH, LLP
Joseph A. Gallo, Esq. (002221982)
Brian W. Brown, Esq. (247252017)
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Tel:  (973) 792-8723
*Attorneys for Defendants, Whole Foods Market, Inc. and Elite Investigations, Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

--------------------------------------------------------------------x

MICHAEL ANDERSON,                     :
                                      :   CIVIL ACTION NO. 2:21-cv-12990
                    *Plaintiff,*      :
                                      :
                                      :
vs.                                   :   **NOTICE OF MOTION FOR SUMMARY**
                                      :   **JUDGMENT ON BEHALF OF**
WHOLE FOODS MARKET, INC., ELITE       :   **DEFENDANTS WHOLE FOODS**
INVESTIGATIONS, LTD., JOHN DOES 1-10, :   **MARKET, INC. AND ELITE**
JANE DOES 1-10, ABC CORPORATION 1-10  :   **INVESTIGATIONS, LTD.**
ABC, LLC 1-10, ABC LLP 1-10, jointly, severally, :
individually,                         :
                                      :
                                      :
                    *Defendants.*     :

--------------------------------------------------------------------x

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that Defendants Whole Foods Market, Inc., and Elite Investigations, Ltd., will move before the Honorable Stanley R. Chesler, U.S.D.J., on or about April 19, 2024, for an Order granting Summary Judgment to Defendants, Whole Foods Market, Inc. and Elite Investigations, Ltd. and dismissing Plaintiff's Complaint, with prejudice.

PLEASE TAKE FURTHER NOTICE that the moving Defendants rely on the attached Statement of Material Facts, Legal Memorandum, and Certification of Brian W. Brown, Esq. with Exhibits, in support of this Motion.

PLEASE TAKE FURTHER NOTICE that the moving Defendants submit the attached proposed form of Order in support of this motion.

1

PLEASE TAKE FURTHER NOTICE that the moving Defendants request oral argument in connection with this motion.

By: /s/ *Brian W. Brown, Esq.*

Brian W. Brown Esq.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
One Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 792-8723
*Counsel for Defendants, Whole Foods and Elite Investigations*

Dated: March 8, 2024