**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------------x

MICHAEL ANDERSON,                                   :

                                                    :    CIVIL ACTION NO. 2:21-cv-12990
               *Plaintiff,*                          :

                                                    :
vs.                                                 :    **STATEMENT OF MATERIAL FACTS**
                                                    :    **PURSUANT TO FED. R. CIV. P. 56**
WHOLE FOODS MARKET, INC., ELITE                     :
INVESTIGATIONS, LTD., JOHN DOES 1-10,               :
JANE DOES 1-10, ABC CORPORATION 1-10                :
ABC, LLC 1-10, ABC LLP 1-10, jointly, severally,    :
individually,                                       :
                                                    :
               *Defendants.*                        :

-----------------------------------------------------------------------x

### DEFENDANTS WHOLE FOODS MARKET, INC AND ELITE INVESTIGATIONS, LTD'S  STATEMENT OF MATERIAL FACTS

1. On June 21, 2021, Plaintiff brought suit against Defendants alleging various claims stemming from an incident that occurred at Whole Foods in Newark, NJ on October 3, 2020 wherein Plaintiff was stopped by security officers from Defendant Elite Investigations on the suspicion of shoplifting.

2. As per Plaintiff's Complaint, Plaintiff is alleging the following claims against Defendants: violations of the NJLAD, false arrest, assault & battery, negligence, vicarious liability, negligent hiring, and defamation. (*See, Plaintiff's Complaint, herein attached to the Certification of Brian W. Brown, Esq. as* **Exhibit A**).

3. Fact discovery concluded on January 12, 2023 and affirmative expert reports were due on February 12, 2023.

4. Plaintiff served no expert reports in support of his claims against Defendants. Plaintiff did not serve a medical expert report. Plaintiff did not serve an economic damages expert report. Plaintiff did not serve a liability expert report.

137356861.1

5. As per the Elite incident report, there was a reasonable basis for the stop of Plaintiff as he was seen drinking a drink while inside the store, had a bulge in his left sweatpants pocket, and the Elite guard did not observe him pay for the item in his pocket. (*See, Elite incident report, herein attached to the Certification of Brian W. Brown, Esq. as* **Exhibit D**)

6. There is video footage of this incident which support the Elite incident report.  (*See, Videos herein attached to the Certification of Brian W. Brown, Esq. as* **Exhibit F).**

7. As per the videos, Plaintiff is seen consuming a drink while shopping, has a bulge in sweatpants pocket at the register and not paying for the item in his pocket.

8. Nowhere in the video footage is Plaintiff ever detained or forcibly touched by the employees of Elite Investigations or Whole Foods.

9. Plaintiff has put forth no evidence to support his contention that this stop was made based on discriminatory reasons.

10. The Newark Police investigated this matter and determined that no assault occurred. (*See, Police Report, herein attached to the Certification of Brian W. Brown, Esq. as* **Exhibit H**).

11. Plaintiff alleges that he was defamed by Defendants however Plaintiff's Complaint does not contain any defamatory statement made by Defendants nor has Plaintiff indicated during the course of discovery what defamatory statements were made by Defendants.

12. Kendrick Nguyen, Plaintiff's alleged business associate, and Eric Kiefer, a Patch.com editor, both testified that the person who initially made statements and told others about this incident was the Plaintiff himself. (*See, relevant portions of the Nguyen and Kiefer depositions, herein attached to the Certification of Brian W. Brown, Esq. as* **Exhibits J and M**, respectively.)

137356861.1

13. Plaintiff has not presented any evidence quantifying his damages that were allegedly caused by this incident.

137356861.1