**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------------x

MICHAEL ANDERSON,                          :

                            :    CIVIL ACTION NO. 2:21-cv-12990

           *Plaintiff,*                    :

                            :

vs.                                        :

                            :

WHOLE FOODS MARKET, INC., ELITE            :
INVESTIGATIONS, LTD., JOHN DOES 1-10,      :
JANE DOES 1-10, ABC CORPORATION 1-10       :
ABC, LLC 1-10, ABC LLP 1-10, jointly, severally, :
individually,                              :

                            :

          *Defendants.*                   :

-----------------------------------------------------------------------x

## ORDER GRANTING DEFENDANTS'
## WHOLE FOODS MARKET, INC. AND ELITE INVESTIGATIONS, LTD'S
## MOTION FOR SUMMARY JUDGMENT

AND NOW, on this _____ day of 2024, and upon consideration of Defendants Whole

Foods Market, Inc. and Elite Investigations, Ltd., ("Defendants") Motion for Summary Judgment,

and upon consideration of any Opposition and Reply thereto, it is hereby

ORDERED that any and all claims by Plaintiff against Defendants are hereby dismissed in

their entirety, with prejudice;

_____

Honorable Stanley R. Chesler, U.S.D.J.

137140067.1