**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Joseph A. Gallo, Esq. (002221982)
Georgia D. Reid, Esq. (374522022)
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Tel: (973) 494-5308
Attorneys for Defendants, Whole Foods Market, Inc. and Elite Investigations, Ltd.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| MICHAEL ANDERSON, | : |
| Plaintiff, | : Civil Action No. 2:21-cv-12990 |
| vs. | : |
| WHOLE FOODS MARKET, INC., ELITE INVESTIGATIONS, LTD., JOHN DOES 1-10, JANE DOES 1-10, ABC CORPORATION 1-10 ABC, LLC 1-10, ABC LLP 1-10, jointly, severally, individually, | : **NOTICE OF DEFENDANTS WHOLE FOODS MARKET, INC AND ELITE INVESTIGATIONS, LTD'S REPLY IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | : |

---

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that Defendants, Whole Foods Market, Inc., and Elite Investigations, Ltd., will move before the Honorable Stanley R. Chesler, U.S.D.J., on or about April 19, 2024, for an Order granting Summary Judgment to Defendants, Whole Foods Market, Inc. and Elite Investigations, Ltd., and dismissing Plaintiff's Complaint, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the moving Defendants rely on the attached Reply in Further Support of Defendants' Motion for Summary Judgment, filed on March 8, 2024.

**PLEASE TAKE FURTHER NOTICE** that the moving Defendants rely on the attached Reply to Plaintiff's Counter Statement of Material Facts and Legal Memorandum in support of this Motion.

1

**PLEASE TAKE FURTHER NOTICE** that the moving Defendants request oral argument in connection with this motion.

By: /s/ *Georgia D. Reid, Esq.*

Georgia D. Reid Esq.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
One Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 494-5308
*Attorneys for Defendants, Whole Foods and Elite Investigations*

Dated: April 12, 2024