UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MICHAEL ANDERSON,
*Plaintiff,* Civil Action No. 2:21-cv-12990
vs.
WHOLE FOODS MARKET, INC., ELITE **JURY VERDICT FORM**
INVESTIGATIONS, LTD., JOHN DOES 1-10,
JANE DOES 1-10, ABC CORPORATION 1-10
ABC, LLC 1-10, ABC LLP 1-10, jointly, severally,
individually,
*Defendants.*

---

We, the jury, unanimously find the following by a preponderance of the evidence:

1. Do you find that Defendant Whole Foods Market, Inc. had probable cause to stop Plaintiff, Michael Anderson, on October 3, 2020?

Yes ____ No  X
Whether your answer to Question No. 1 is "Yes" or "No", proceed to Question No. 2.

2. Do you find that Defendant Elite Investigations, Ltd. had probable cause to stop Plaintiff, Michael Anderson, on October 3, 2020?

Yes ____ No  X
If your answers to Question Nos. 1 and 2 are both "Yes", then proceed no further and advise the Court officer that you have reached a verdict.
If your answer to either Question Nos. 1 and/or 2 is "No" then proceed to Question No. 3.

3. Did the stop made on October 3, 2020 cause injury to Plaintiff Michael Anderson?

Yes  X  No ____
If your answer to Question No. 3 is "No," then proceed no further and advise the Court officer that you have reached a verdict.
If your answer to Question No. 3 is "Yes," then proceed to Question No. 4.

4. What sum of money will fairly and reasonably compensate the Plaintiff, Michael Anderson, for damages he sustained as a proximate result of the October 3, 2020 incident?

$ 100,000
Please let the Court officer know that you have reached a verdict.