UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Michael Anderson,

    Plaintiff

v.

Whole Foods Market, Inc., Elite Investigations, Ltd,
JOHN DOES (1-10), JANE DOES (1-10),
ABC CORPORATION (1-10), ABC, LLC
(1-10), ABC LLP (1-10), JOINTLY,
SEVERALLY, INDIVIDUALLY

    Defendants.

Civil Action No: 2:21-CV-12990-KM-CLW

ORDER OF
JUDGMENT IN A CIVIL ACTION

The Court has Ordered that the Plaintiff Michael Anderson recover from the Defendants Whole Foods Market, Inc., and Elite Investigations the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00). This action was tried before a jury with Judge Stanley Chesler, U.S.D.J. presiding and the jury rendered a verdict on December 5, 2024.

By: /s Stanley R. Chesler
HON. STANLEY CHESLER, U.S.D.J.

Date:  1-8-2025