UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

MICHAEL ANDERSON,

    *Plaintiff,*

vs.

WHOLE FOODS MARKET, INC., ELITE INVESTIGATIONS, LTD., JOHN DOES 1-10, JANE DOES 1-10, ABC CORPORATION 1-10 ABC, LLC 1-10, ABC LLP 1-10, jointly, severally, individually,

    *Defendants.*

Civil Action

Case No.: 2:21-cv-12990

**CONSENT ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS**

---

**WHEREAS** the above-entitled action was administratively terminated by Order dated December 18, 2024 pending consummation of settlement; and

**WHEREAS** the settlement has been consummated and a Warrant to Satisfy Judgment was filed as of January 22, 2025; and

**WHEREAS** the parties have filed all papers necessary to dismiss this action under the Federal Rules of Civil Procedure; and

**NOW THEREFORE**, counsel for Plaintiff and Defendants consent to a dismissal of the within action with prejudice and without costs.

_____
Christopher Roberts, Attorney for Plaintiff

Dated: February 12, 2025

_/s/ Joseph A. Gallo_
Joseph A. Gallo, Attorney for Defendants.

Dated: February 12, 2025

SO ORDERED: 2/14/2025
s/Stanley R. Chesler, U.S.D.J.

152449152.1